IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,                            No. 2:12-cv-843 JAM CKD

    vs.

WILLIAM CALLAWAY,

    Defendant.                        ORDER

_____/

        Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

        On August 17, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 17, 2012 are adopted in full;

/////

1

2. Plaintiff's motion for default judgment (dkt. no. 8) against defendant William Callaway is granted and civil penalties are imposed upon defendant in the amount of $29,925,000.00. It is further ordered that defendant shall reimburse plaintiff's litigation costs under 33 U.S.C. § 1365(d) in the amount of $10,125.59.

3. The Clerk of Court is directed to close this case.

DATED:   October 10, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE