UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**California Sportfishing Protection Alliance**

    **v.**

**William Callaway**

_____

**DEFAULT JUDGMENT**

**Case No. CIV S-2:12-cv-843 JAM CKD**

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant **William Callaway in the amount of $29,925,000.00 and shall reimburse plaintiff's litigation costs in the amount of $10,125.59.**

October 10, 2012

                                              VICTORIA C. MINOR, CLERK

                                              By: _____/s/_____
                                              R. Matson, Deputy Clerk