IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,                    No. 2:12-cv-0843 JAM CKD

    vs.

WILLIAM CALLAWAY,

    Defendant.                  <u>ORDER</u>

        On October 5, 2012, defendant filed a motion to quash service of summons and to set aside the entry of default. Service was proper under Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure § 415.20(b). Accordingly, IT IS HEREBY ORDERED that defendant's motion (dkt. no. 14) is denied.

DATED: October 23, 2012

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT COURT JUDGE