IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,                       No. 2:12-cv-0843 JAM CKD

  vs.

WILLIAM CALLAWAY,

    Defendant.                      ORDER
_____/

        On October 5, 2012, defendant filed a motion to quash service of summons and to set aside the entry of default.  Service was proper under Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure § 415.20(b).  Accordingly, IT IS HEREBY ORDERED that defendant's motion (dkt. no. 14) is denied.

DATED: October 23, 2012

                                     /s/ John A. Mendez
                                     UNITED STATES DISTRICT COURT JUDGE