BENJAMIN B. WAGNER
United States Attorney
Kurt A. Didier
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff and Judgment Creditor,<br><br>　　v.<br><br>WILLIAM CALLAWAY, ET AL.,<br><br>　　　Defendants and Judgment Debtors. | CASE NO. 2:12-CV-000843-JAM-CKD<br><br>**STIPULATION CONTINUING JUDGMENT DEBTOR EXAMINATION; AND ORDER**<br><br>Date: August 13, 2014<br>Time: 10:00 a.m.<br>Courtroom: No. 24, 8th Floor |

The United States and William Callaway, et al., respectfully request a continuance of the August 13, 2014 judgment debtor examination to the new date of September 17, 2014, at the time and location stated in the case caption. By September 10, 2014, Mr. Callaway will deliver to the United States Attorney's Office documents responsive to the Court's June 17, 2014 Order for Examination and Production of Documents. The continuance will allow Mr. Callaway additional time to compile and produce the necessary documents.

FOR THE UNITED STATES OF AMERICA:

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　*/s/ Kurt A. Didier*
Dated: August 11, 2014　　　　　　　　　KURT A. DIDIER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND ORDER CONTINUING
JUDGMENT DEBTOR EXAM

FOR WILLIAM CALLAWAY, ET AL.:

                MARTINEZ, HAYES & HILL, LLP

Dated: August 11, 2014

*/s/ Daniel V. Martinez*
DANIEL V. MARTINEZ
Counsel for William Callaway, et al.

**ORDER**

IT IS SO ORDERED.

Dated: August 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER CONTINUING
JUDGMENT DEBTOR EXAM

2